# Exhibit 7

919 THIRD AVENUE   NEW YORK   NEW YORK   10022-3908

JENNER&BLOCK LLP

March 23, 2015

Jeremy M. Creelan
Tel  212 891-1678
Fax 212 909-0858
jcreelan@jenner.com

**VIA ELECTRONIC MAIL
AND FIRST CLASS MAIL**

David H. Kramer, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304

      Re:    ***Google v. Hood* Subpoena**

Dear Mr. Kramer:

We represent the Motion Picture Association of America, Inc. ("MPAA") in this matter. The Subpoena filed and served on MPAA on March 13, 2015 (the "March 13 Subpoena") is premature. As you are aware, Judge Wingate's March 2 order (the "Order") states that discovery shall not commence until after he issues a "detailed written ruling on the issuance of the injunction" (Order at 3) and after Attorney General Hood has filed his Answer – neither of which has yet occurred. *See* Order at 4 ("the parties shall be permitted 90 days for discovery from the date of the filing of defendant's answer"). Accordingly, pursuant to the Court's Order, MPAA will deem the March 13 Subpoena to have been served on the date upon which discovery in this case begins, *i.e.*, when Attorney General Hood files an Answer.

Please advise us promptly if your understanding is contrary in any respect to this approach.

Sincerely,

Jeremy M. Creelan