# Exhibit 18



**Wilson Sonsini Goodrich & Rosati**
PROFESSIONAL CORPORATION

650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

April 10, 2015

<u>Via Email</u>

Eli J. Kay-Oliphant, Esq.
Massey & Gail LLP
1325 G Street NW, Suite 500
Washington, D.C. 20005

Re:   *Google Inc. v. Hood*, No. 3:14-cv-00918 HTW-LRA (S.D. Miss.)

Dear Mr. Kay-Oliphant:

I am writing in response to your March 24, 2015 and March 30, 2015 letters regarding Google Inc.'s subpoena to the Digital Citizens Alliance in the above-captioned matter.

As a non-party to this action, we do not believe it is proper for you to object to discovery based on your assessment of when discovery started. In any event, as the enclosed Court Order makes clear, your assertion that discovery had not yet begun when we served our subpoena was incorrect.

The deadline for your response to the subpoena we served has already passed. While your production of documents is overdue and you have waived any objections you failed to assert by the time specified in the subpoena, we will, as a courtesy, extend your formal response and production date by another week, to April 17, 2015. Between now and then, we ask that you prepare for production the narrow categories of documents we have requested. We also encourage you to reconsider the form objections that you served. We believe those objections are largely meritless, and maintaining them will lead to wasteful motion practice.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

David H. Kramer /dg
*Attorneys for Plaintiff Google Inc.*

Enclosures

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

Google Inc.,  )
      *Plaintiff*,  )
  )
  )
*v.*  )
  ) No. 3:14cv981 HTW-LRA
  )
  )
Jim Hood, Attorney General of the State  )
of Mississippi, in his official capacity,  )
      *Defendant.*  )
  )

## ORDER ON *ORE TENUS* DISCOVERY MOTION

The Court heard Google, Inc.'s *ore tenus* motion regarding the commencement of discovery and the timing of Defendant's responses to Google's document requests on April 6, 2015. The Court orders as follows:

1. Defendant shall produce the following documents and privilege log by April 15, 2015:

    a. Any draft subpoenas provided to the Attorney General by the third parties identified in Google's request.

    b. Attorney General Hood's November 13, 2013 email to Vans Stevenson, and any replies or responses thereto;

    c. Attorney General Hood's August 28, 2014 letter to the Attorneys General in all 50 states regarding setting up a working group;

    d. The Word files listed in item (6) of Google's January 14, 2015 request ("Google can take action" "Google must change its behavior" "Google's illegal conduct" "CDA"), and any emails from the third parties attaching those word files; and

    e. Any documents already gathered in connection with the Techdirt Mississippi Public Records Act request that are responsive to Google's requests.

2.  Defendant shall complete its response to Google, Inc.'s document requests (including producing documents and a privilege log) by April 27, 2015.

3.  Discovery commenced for the parties and third parties on March 2, 2015.

SO ORDERED, this the 10th day of April, 2015.

        s/ HENRY T. WINGATE
        UNITED STATES DISTRICT JUDGE