# Exhibit 19

353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

JENNER&BLOCK LLP

April 17, 2015

Christopher Tompkins
Tel  312 840-8686
Fax 312 840-8786
ctompkins@jenner.com

**VIA EMAIL & US MAIL**

David H. Kramer Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94604-1050

Re:  *Google, Inc. v. Hood*
     Case No. 3-14-cv-00981 HTW (LRA) (S.D. Miss).

Dear Mr. Kramer:

I write in response to your April 10, 2015 letter regarding the subpoena your client, Google, Inc. ("Google"), served on Jenner & Block ("Jenner") on March 13, 2015.  As indicated in our March 27, 2015 letter, Google's subpoena was served prior to the start of discovery reflected in the Court's March 2, 2015 order.  While my colleague, Jeremy Creelan, attempted to raise this issue with you on a number of occasions by phone, and by letter on March 23, you never responded or took issue with his stated plan of responding within the 14-day period prescribed by FRCP 45 once the Court had issued its opinion and Attorney General Hood had answered, which occurred on March 27 and April 10, respectively.

Jenner then served objections to Google's subpoena by letter dated March 27, thereby satisfying even the 14-day deadline that would have applied if Google had not served the subpoena prematurely in contravention of the Court's March 2 Order.  Indeed, your letter acknowledges that Jenner timely served objections to the subpoena.  Despite our offer to do so in our March 27 letter, you again failed to contact us to discuss whether we could agree to narrow Google's clearly overbroad and unduly burdensome production requests to address Jenner's objections.  Even your April 10th letter makes no attempt to engage in a meaningful dialogue regarding our objections, and merely reiterates Google's unreasonable production demands.

We remain open to having a meaningful discussion regarding narrowing the subpoena in a way that would be mutually acceptable to Google and Jenner without needing to burden the courts.  In the absence of a meaningful discussion, as per its proposed schedule (to which you raised no objection), on or before April 24 Jenner will provide any additional responses and objections to Google's production requests and will identify any responsive, non-privileged documents it intends to produce in response to the subpoena.

Sincerely,

*[signature]*

Christopher Tompkins