Exhibit 25



One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
PHONE 415.947.2000
FAX 415.947.2099
**www.wsgr.com**

April 20, 2015

**<u>Via Email</u>**

Scott B. Wilkens, Esq.
Jenner & Block LLP
1099 New York Avenue NW, Suite 900
Washington, D.C. 20001-4412

   Re:  *Google Inc. v. Hood*, No. 3:14-cv-00981 HTW-LRA (S.D. Miss.)

Dear Mr. Wilkens:

   I write in response to your April 17, 2015 letter. Your characterization of both the proceedings before the Court and of the correspondence between Google and the Non-Parties is incorrect. As third parties, you were not in a position to assess when discovery opened. Contrary to your presumption, the Court opened discovery as to third parties on March 2, 2015, a fact that it confirmed in its April 10 Order. (Order ¶ 3). Your initial objection about the timing of the subpoena was misguided; standing on that objection in the face of the Court's Order is doubly so.

   Despite your untenable position, following the issuance of the April 10 Order, we extended your deadline to respond to Google's subpoena to April 17, 2015 as a courtesy. Nevertheless, you failed to produce an amended response or any responsive materials by that extended deadline. As such, any further objections to Google's subpoena have been waived.

   Please provide us with your availability during the week of April 27 to meet and confer regarding the subpoena and your March 27 response. To the extent that you have authority to support the objections set forth in paragraphs 2 (in particular as regards the common interest doctrine and law enforcement privilege), 3, 4, and 8 of your response, please send it before we speak.

     Very truly yours,

     WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation

     Michael H. Rubin
     *Attorneys for Plaintiff Google Inc.*