# Exhibit 55

Print                                                                    Close

# Fwd: Catching up

From: jim hood
Sent: Thu 10/03/13 10:48 AM
To: BEE BLAKE

📎 1 attachment
09 30 13 Draft Response Letter to Google.docx (37.5 KB),

Begin forwarded message:

**From:** "Perrelli, Thomas J"
**Date:** October 2, 2013 at 8:16:54 PM CDT
**To:** jim hood
**Subject: RE: Catching up**



-----Original Message-----
From: jim hood
Sent: Friday, September 13, 2013 12:20 PM
To: Perrelli, Thomas J
Subject: Re: Catching up

Ok

On Sep 13, 2013, at 11:19 AM, "Perrelli, Thomas J"

Outlook.com Print Message                                                                 Page 2 of 4

    Call me at 4 if you can. ▇

-----Original Message-----
From: jim hood [▇
Sent: Friday, September 13, 2013 12:18 PM
To: Perrelli, Thomas J
Subject: Re: Catching up
▇

Either time is fine.

On Sep 12, 2013, at 8:10 PM, "Perrelli, Thomas J"
▇ wrote:

> How about 3:30 or 4?
>
> Sent from my iPad
> ▇
>
> On Sep 12, 2013, at 9:09 PM, "jim hood"
> ▇
>
>> Flying back home tonight and back out Saturday. Is there a
>> good time for you tomorrow?
>>
>> On Sep 12, 2013, at 2:14 PM, "Perrelli, Thomas J"
>> ▇
>>
>>> Jim – I hope all is well. I wanted to see if there was a time
>>> when we could catch up on Google. Let me know.

D-000075

You can try my cell at ▇▇▇▇▇▇ for let me know when you might be free.

Thanks!

Tom

_____

Thomas J. Perrelli

Jenner & Block LLP

1099 New York Avenue, N.W.

Suite 900

Washington, DC 20001-4412

Tel ▇▇▇▇▇▇▇▇▇▇

Fax ▇▇▇▇▇▇▇▇▇▇

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of

this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.