# Exhibit 56

Print

Close

# Re: Sign-On Letter

**From: jim hood**
Sent: Thu 10/24/13 6:11 PM
To: vans_stevenson

Tom drafted great letter that I will send Google for agenda.

Sent from my iPhone

On Oct 24, 2013, at 6:09 PM, vans_stevenson wrote:

> You're welcome, makes sense. As always, Jim, let me know how we (Tom Perrelli, Brian, et al.) can support you in this effort.
>
> All the best,
>
> Vans
>
> Sent from my iPad
>
> On Oct 24, 2013, at 4:05 PM, "jim hood" wrote:
>
>> Thanks. We sent it with the four present and previous co-chairs' signatures. We didn't want to wait for all of the signatures and try to schedule a big formal meeting. We are trying to schedule meeting with Google in December.
>>
>> Sent from my iPhone
>>
>> On Oct 24, 2013, at 1:23 PM, vans_stevenson wrote:
>>
>>> Jim-
>>>
>>> Hope all is well.