Exhibit 58

## MARY JO WOODS

| | |
|---|---|
| From: | MARY JO WOODS███████████████ |
| Sent: | Friday, November 15, 2013 3:57 PM |
| To: | Mike Moore ███████████████████████Jonathan Compretta |
| | ███████████ |
| Subject: | FW: ATTORNEY GENERAL PROJECT: REVISED GOOGLE "ASK" DOCUMENT - Attorney Client and Common Interest Privilege |
| Attachments: | Potential google asks 10-29-13 .docx; 09 30 13 Draft Response Letter to Google.docx |

████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

**From:** BLAKE BEE
**Sent:** Friday, November 15, 2013 3:30 PM
**To:** MARY JO WOODS
**Subject:** FW: ATTORNEY GENERAL PROJECT: REVISED GOOGLE "ASK" DOCUMENT - Attorney Client and Common Interest Privilege

**From:** ATTORNEY GENERAL JIM HOOD
**Sent:** Friday, November 15, 2013 3:29 PM
**To:** BLAKE BEE
**Subject:** FW: ATTORNEY GENERAL PROJECT: REVISED GOOGLE "ASK" DOCUMENT - Attorney Client and Common Interest Privilege

████████████████████████████████████████████████████
████████████████████████████████████████████████████

**From:** Mike Moore████████████████
**Sent:** Thursday, October 31, 2013 11:39 AM
**To:** ATTORNEY GENERAL JIM HOOD
**Subject:** FW: ATTORNEY GENERAL PROJECT: REVISED GOOGLE "ASK" DOCUMENT - Attorney Client and Common Interest Privilege

████

Mike Moore
Mike Moore Law Firm, LLC
10 Canebrake Blvd., Ste. 150
P. O. Box 321048
Flowood, MS 39232
T: ████████████
F: ████████████

**From:** Patrick Lynch ███████████████████████████
**Sent:** Thursday, October 31, 2013 10:24 AM

1

D-000081

**To:** Mike Moore
**Subject:** Fwd: ATTORNEY GENERAL PROJECT: REVISED GOOGLE "ASK" DOCUMENT - Attorney Client and Common Interest Privilege

Begin forwarded message:

**From:** "Smotkin, Rick" <Rick_Smotkin@Comcast.com>
**Date:** October 30, 2013 11:13:57 AM EDT
**To:** "Patrick C. Lynch" <patrick@patricklynchgroup.com>, Jeff Guimond <jeff@patricklynchgroup.com>
**Subject: FW: ATTORNEY GENERAL PROJECT: REVISED GOOGLE "ASK" DOCUMENT - Attorney Client and Common Interest Privilege**

Fyi- I am pushing for them to delay mtg with Kamala. Let me know your thoughts

**From:** vans_stevenson@Mpaa.org [mailto:vans_stevenson@Mpaa.org]
**Sent:** Wednesday, October 30, 2013 11:11 AM
**To:** Kang, Steve
(NBCUniversal); Maggie_Heim@spe.sony.com; Troy.Dow@disney.com; Melinda.Demsky@fox.com; Elizabeth.Valentina@fox.com; Dean.Marks@warnerbros.com; Scott_Martin@paramount.com; Kevin_Suh@paramount.com; Keith_Weaver@spe.sony.com; bguidera@21CF.com; Smotkin, Rick; Green, David
(NBCUniversal); TPerrelli@jenner.com; Ben_Sheffner@mpaa.org; Brian_Cohen@mpaa.org; Steve.Marks@riaa.com; Victoria.Sheckler@riaa.com; Rafael.Fernandez@riaa.com; Cary.Sherman@riaa.com; EBullock@jenner.com; Mike_Robinson@mpaa.org; bguidera@21CF.com; Dean.Marks@warnerbros.com; Karen_Thorland@mpaa.org; Melissa_Patack@mpaa.org; TPerrelli@jenner.com
**Cc:** CJD@mpaa.org; Diane_Strahan@mpaa.org; Michael_O'Leary@mpaa.org; Laura_Nichols@mpaa.org; Dan_Robbins@mpaa.org; alan.n.braverman@disney.com; Christensen, Maren
(NBCUniversal); Rebecca_Prentice@paramount.com; Gary.Roberts@fox.com; John.Rogovin@warnerbros.com; leah_weil@spe.sony.com
**Subject:** RE: ATTORNEY GENERAL PROJECT: REVISED GOOGLE "ASK" DOCUMENT - Attorney Client and Common Interest Privilege

## FOR REVIEW/FEEDBACK & DISCUSSION

To:   Working Group

Attached is an updated Google "ask" document that our RIAA partners have revised for further review, feedback and discussion.

**From:** Stevenson, Vans
**Sent:** Sunday, October 27, 2013 7:24 PM
**To:** Kang, Steve; Heim, Maggie; Dow, Troy; Demsky, Melinda; Valentina, Elizabeth; Marks, Dean; Martin, Scott; Suh, Kevin; Weaver, Keith; Guidera, Bill; Smotkin, Rick; Green, David; Perrelli, Thomas J; Sheffner, Ben; Cohen, Brian; 'Steve Marks'; 'Victoria Sheckler'; 'Rafael Fernandez'; 'Cary Sherman (Cary.Sherman@riaa.com)'; 'Bullock, Elizabeth C.'; Robinson, Mike; Guidera, Bill; Marks, Dean; Thorland, Karen; Patack, Melissa; Perrelli, Thomas J
**Cc:** Dodd, Chris J.; Strahan, Diane; O'Leary, Michael; Nichols, Laura; Robbins, Dan; Braverman, Alan; 'Christensen, Maren (NBCUniversal)'; Prentice, Rebecca; Roberts, Gary (Gary.Roberts@fox.com); Rogovin, John; Weil, Leah
**Subject:** RE: ATTORNEY GENERAL PROJECT: Kamala Harris Meeting MEETING DATE PROPOSED - Attorney Client and

D-000082

Common Interest Privilege
**Importance:** High

## RESPONSE REQUESTED

To:   AG working Group & RIAA Partners

California Special Assistant Attorney General Jeff Tsai has proposed 10:30 a.m. Friday, November 15 in Los Angeles for our meeting with AG Kamala Harris about brokering a session with Google executives as outlined the previous e-mail below.

Given some developments in the past week with Mississippi AG Jim Hood, I plan to set a conference call for this Tuesday to discuss whether or not we should postpone the meeting with Harris.  In the meantime, **please be prepared to let us know on the call if your companies' General Counsel would be available for an 11/15 meeting with Harris if we decide to move forward.**

In the meantime, please call if you have questions.

**From:** Stevenson, Vans
**Sent:** Thursday, October 17, 2013 9:27 AM
**To:** Kang, Steve; Helm, Maggie; Dow, Troy; Demsky, Melinda; Valentina, Elizabeth; Marks, Dean; Martin, Scott; Suh, Kevin; Weaver, Keith; Guidera, Bill; Smotkin, Rick; Green, David; Perrelli, Thomas J; Sheffner, Ben; Cohen, Brian; 'Steve Marks'; 'Victoria Sheckler'; 'Rafael Fernandez'; 'Cary Sherman (Cary.Sherman@riaa.com)'; 'Bullock, Elizabeth C.'; Robinson, Mike; 'Guidera, William'; 'Marks, Dean (WB)'; Thorland, Karen; Patack, Melissa; Perrelli, Thomas J (TPerrelli@jenner.com)
**Cc:** Dodd, Chris J.; Strahan, Diane; O'Leary, Michael; Nichols, Laura; Robbins, Dan; Braverman, Alan; Christensen, Maren (NBCUniversal); Prentice, Rebecca; Roberts, Gary (Gary.Roberts@fox.com); Rogovin, John; Weil, Leah
**Subject:** RE: ATTORNEY GENERAL PROJECT: Kamala Harris Meeting – Attorney Client and Common Interest Privilege

Attorney Client and Common Interest Privilege

To:          AG Working Group & RIAA Partners

Cc           MPAA Senior Executives & Member Company General Counsels

California Attorney General Kamala Harris has agreed to a Los Angeles in-person meeting with us in November.  The purpose is to come to agreement on a plan for her to reach out to senior Google executives to lead a meeting with an MPAA/RIAA delegation to secure commitments for meaningful changes to "search" that would have a material impact on the unauthorized distribution of motion pictures and sound recordings.

Following a request several weeks ago by MPAA/RIAA outside counsel Tom Perrelli and me,  Harris' Special Assistant AG Jeff Tsai called yesterday to confirm her commitment to deal directly with MPAA/RIAA members companies' on-going issues with the easy user access through Goggle search (as well as other search engines) to illegal and illegitimate websites that provide instant access to motion pictures and sound recordings.

D-000083

**Perrelli and I strongly recommend a high executive level group plan to attend this meeting, including member company general counsels, as well as MPAA CEO Chris Dodd and RIAA CEO Cary Sherman.**   As you would expect from previous meetings with General Harris, this is her expectation.

To reiterate from the previous e-mail (below),  this meeting gives us the opportunity to determine first-hand what AG Harris is willing to commit to do, and to directly propose to her our conditions for the Google meeting, including understanding what she is willing to do if the answer is no from their executives.  This is also consistent with previous group and on-on-one meetings AG Harris has had with member company general counsels, Chris Dodd and others where she has pledged to help us make a substantial difference protecting motion pictures, sound recordings and other works from infringement on-line.

As always, the challenge will be time and date for a meeting in November.  Special Assistant AG Tsai said he will get back to us soon with dates AG Harris will be available in Los Angeles.  Please call if you have questions.

*Vans Stevenson*
*Senior Vice President*
*State Government Affairs*
*Motion Picture Association of America, Inc.*
*202-378-9140 office*
*202-744-4009 mobile*

---

**From:** Stevenson, Vans
**Sent:** Tuesday, September 17, 2013 10:18 AM
**To:** Kang, Steve; Heim, Maggie; Dow, Troy; Demsky, Melinda; Valentina, Elizabeth; Marks, Dean; Martin, Scott; Suh, Kevin; Weaver, Keith; Guidera, Bill; Smotkin, Rick; Green, David; Perrelli, Thomas J; Sheffner, Ben; Cohen, Brian; Steve Marks; Victoria Sheckler; Rafael Fernandez; Cary Sherman (Cary.Sherman@riaa.com); Bullock, Elizabeth C.; Robinson, Mike; 'Guidera, William'; 'Marks, Dean (WB)'; Thorland, Karen; Patack, Melissa
**Cc:** O'Leary, Michael; Robbins, Dan
**Subject:** RE: ATTORNEY GENERAL PROJECT: California AG Office Discussion/INTERIM PLAN - Attorney Client and Common Interest Privilege

Attorney Client and Common Interest Privilege

After a follow-up discussion with Tom Perrelli this morning and at his suggestion, we would both recommend that we first propose an in-person interim meeting with MPAA-RIAA/delegation of member company executives with California Attorney General Kamala Harris and her IP deputy Jeff Tsai.  We would make that proposal to Tsai tomorrow in lieu of proposing pre-conditions (talking points circulated) for a meeting with Google executives.

An in-person meeting gives us the opportunity to determine first-hand what AG Harris is willing to commit to do, and to directly propose to her our conditions for the Google meeting,

D-000084

including understanding what she is willing to do if the answer is no.  This is also consistent with previous group and on-on-one meetings AG Harris has had with member company general counsels, Chris Dodd and others where she has pledged to help us make a material difference protecting motion pictures, sound recordings and other works from infringement on-line.

In addition, Mississippi Attorney General Jim Hood told me yesterday that AG Harris decided to turn down his offer for her to host a meeting with the NAAG IP committee and Google.  General Hood also said that she had decided not to sign-on to the AG letter currently being drafted to Google as part of the investigation into alleged violations of state consumer protection and trade practice statutes.   We should also question those decisions directly.

This is our plan tomorrow unless the majority have objections.

**Patrick C. Lynch**
**Patrick Lynch Group**
O: 401.274.3311  |  C: 401.871.1148  |  F: 401.274.3326
patrick@patricklynchgroup.com  |  www.patricklynchgroup.com

D-000085