# Exhibit 59

Print                                                                                     Close



**From:** <vans_stevenson@Mpaa.org>
**Date:** November 27, 2013 at 1:21:12 PM CST
**To:** <jimhoodag@hotmail.com>
**Subject: Re: Google and isoHunt...**

Jim-

Thanks for the heads-up...too bad Google's GC doesn't get it. I'll make sure Tom Perrelli is at the meeting Mike Moore is organizing in NO, or consults with you directly on next steps, CID, etc. I'll reach out to Melanie for a copy of the letter.

I have to be in Hartford next week at the same time as NAAG...Brian will be there, but as I'm sure you'll agree Perrelli is key to your next steps.

Happy Thanksgiving as well to you and your family!

All the best,

Vans

Sent from my iPad

On Nov 27, 2013, at 1:58 PM, "jim" <jimhoodag@hotmail.com> wrote:

> Vans,
>
> My conversation with Google's general counsel did not go well. I just sent him a letter yesterday characterizing our telephone conversation as a

meeting would not be fruitful. Mike Moore is trying to get together a meeting in New Orleans during which we can all discuss the next move. My letter is based upon the one Tom Perrelli drafted. If you want to see a copy, contact my assistant Melanie Webb.

I hope you have a Happy Thanksgiving!

Jim





