**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GOOGLE INC., | ) CASE NO.: 1:15-mc-00150-P1 |
| Petitioner, | ) ) CASE IN OTHER COURT: ) No. 3:14-cv-00981-HTW-LRA (S.D. |
| v. | ) Miss.) ) |
| TWENTY-FIRST CENTURY FOX, INC., NBCUNIVERSAL MEDIA, INC., and VIACOM, INC., | ) ) **ECF CASE** ) ) |
| Respondents. | ) ) ) ) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Google Inc.'s Rule 45(f) Motion to Transfer, and the previously filed Declaration of

Michael H. Rubin and attached exhibits (Dkt. No. 3), Petitioner Google Inc., by and through its

undersigned counsel, will and hereby does move this Court, at the United States District Court,

500 Pearl Street, New York, New York, 10007, on June 30, 2015 or as soon thereafter as the

matter may be heard, for an Order, pursuant to Rule 45(f) of the Federal Rules of Civil

Procedure, transferring its previously filed Motion to Compel Compliance with Subpoenas, Dkt.

No. 1, to the United States District Court for the Southern District of Mississippi, the Honorable

Judge Henry Wingate presiding.

This Motion is supported by the attached Memorandum, the previously filed Declaration

of Michael Rubin and attached exhibits (Dkt. No. 3), a proposed order, any papers submitted in

reply to any opposition to this Motion, facts of which this Court may take judicial notice, the

record in the underlying action in the United States District Court for the Southern District of

Mississippi, Case No. 3:14-cv-00981-HTW-LRA, arguments of counsel if any, and any other

matters as may properly come before this Court.

Dated: June 4, 2015

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:    s/ Morris J. Fodeman
       Morris J. Fodeman
       1301 Avenue of the Americas, 40th Floor
       New York, NY 10019
       Email: mfodeman@wsgr.com
       Phone: (212) 999-5800
       Fax: (212) 999-5899


       David H. Kramer (*pro hac vice* forthcoming)
       Michael H. Rubin (*pro hac vice* forthcoming)
       650 Page Mill Road
       Palo Alto, CA 94304
       Email: dkramer@wsgr.com
       Email: mrubin@wsgr.com
       Phone: (650) 496-9300
       Fax: (650) 493-6811


       *Attorneys for Petitioner*
       GOOGLE INC.