**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| GOOGLE INC., )<br>)<br>      Petitioner, )<br>)<br>v. )<br>)<br>TWENTY-FIRST CENTURY FOX, INC., )<br>NBCUNIVERSAL MEDIA, INC., and )<br>VIACOM, INC., )<br>)<br>      Respondents. )<br>) | Case No. 1:15-mc-00150-P1<br><br>CASE IN OTHER COURT:<br>No. 3:14-cv-00981-HTW-LRA (S.D. Miss.)<br><br>**ECF CASE** |

**[PROPOSED]**

**ORDER**

Upon consideration of Petitioner Google Inc.'s Rule 45(f) Motion to Transfer, and Respondents' opposition thereto, together with argument of the parties, if any, IT IS HEREBY ORDERED that Petitioner's Motion is GRANTED.

Pursuant to Federal Rule of Civil Procedure 45(f), the Clerk of the Court shall transfer Petitioner's Motions to Compel, Dkt. No. 1, to the United States District Court for the Southern District of Mississippi, the Honorable Judge Henry Wingate presiding, at the earliest possible date for further proceedings.

IT IS SO ORDERED.

Dated:

_____
United States District Judge