# Exhibit 1

| Candidate | Committee Name | Amount | State | Source of Funds | Check Date |
|---|---|---|---|---|---|
| AG Jim Hood | Friends of Jim Hood | $1,000.00 | MS | 21st Century Fox America, Inc. | 12/18/2013 |

FOX000013

| Committee Name | Amount | Source of Funds | Check/Wire Date |
|---|---|---|---|
| Democratic Attorneys General Association | $25,000.00 | News America Incorporated | 1/19/2012 |
| Democratic Attorneys General Association | $25,000.00 | Fox Group | 7/24/2013 |
| Democratic Attorneys General Association | $5,000.00 | News America Incorporated | 9/25/2013 |
| Democratic Attorneys General Association | $50,000.00 | 21st Century Fox America, Inc. | 3/28/2014 |

FOX000014