# Exhibit 2

| Candidate | Committee Name | Amount | State | Election Type | Election Year | Source of Funds | Check Mailed Date |
|---|---|---|---|---|---|---|---|
| AG Jim Hood | Friends of Jim Hood | $2,500.00 | MS | Primary | 2015 | COMPAC-Federal* | 10/28/2013 |

* Full name of entity: Comcast Corporation & NBCUniversal Political Action Committee – Federal

NBCU000027