# Exhibit 3

# Redacted

**From:** MARY JO WOODS [mailto:MWOOD@ago.state.ms.us]
**Sent:** Monday, March 10, 2014 12:19 PM
**To:** Mike Moore
**Subject:** RE: Gun Safety on Facebook - NYTimes.com

Do you know the status of Tom Perrelli's research on the best state jurisdiction to issue a CID? He also mentioned to me that he had an adaptable draft CID for any of the AGs to use, but I haven't talked to Tom since D.C.

Mary Jo Woods
Special Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi  39205
(601) 359-3020 (phone)
(601) 359-2003 (fax)
mwood@ago.state.ms.us

This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to which it is addressed and may contain information that is legally privileged or confidential.  If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited.  If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return e-mail and delete this message from your computer.  Thank you.

**From:** Mike Moore [mailto:mm@mikemoorelawfirm.com]
**Sent:** Monday, March 10, 2014 11:48 AM
**To:** MARY JO WOODS
**Subject:** FW: Gun Safety on Facebook - NYTimes.com

I know Jim talked to Schneiderman hope he will issue the CID

Mike Moore
Mike Moore Law Firm, LLC
10 Canebrake Blvd., Ste. 150
P. O. Box 321048
Flowood, MS  39232
T: (601) 933-0070
F: (601) 933-0071


**From:** Smotkin, Rick [mailto:Rick_Smotkin@Comcast.com]
**Sent:** Saturday, March 08, 2014 9:25 AM
**To:** Patrick Lynch; Jeff Guimond; Tom Galvin; Mike Moore; 'Vans Stevenson (MPAA)'; Brian Cohen; Bill Guidera; Rob Mckenna; Mark Blafkin; Moran, Brian T.
**Subject:** Gun Safety on Facebook - NYTimes.com


There has got to be some way to use this both with AGs and media.  Should piss off the ags even more way google has treated them. And with media is there way to leverage that they call out google for not even attempting to do something when face book took voluntary step.


http://mobile.nytimes.com/2014/03/08/opinion/gun-safety-on-facebook.html?_r=0&referrer_=