# Exhibit 4

**From:** McKenna, Rob [rmckenna@orrick.com]
**Sent:** Wednesday, June 04, 2014 3:26 PM
**To:** Jim Hood
**CC:** Perrelli, Thomas J.; Moran, Brian T.
**Subject:** Re:

Jim, speaking for Brian Moran and myself, we briefed Gen. Jepsen and his staff last month, providing our research to him in person. I believe that Digital Citizens Alliance has been there as well.

Thanks,

Rob

> On Jun 4, 2014, at 12:17 PM, "Jim Hood" [Redacted] wrote:
>
> I asked if either you or Tom sent your research memo on Connecticut law to George Jepsen? If not, could you do so today? If I don't talk him into issuing a CID to Google by Thursday, I will advise my colleagues that I intend to send ours in a couple of weeks.

>
> Please give me your final suggestions on our draft CID.
>
> Sent from my iPhone
>
>> On Jun 4, 2014, at 3:07 PM, "McKenna, Rob" <rmckenna@orrick.com> wrote:
>>
>> I have not received another letter from you today, Jim. Resend?
>>
>>> On Jun 4, 2014, at 12:03 PM, "Jim Hood" [Redacted] wrote:
>>>
>>> Did you get my email today? Having trouble sending.
>>>
>>> Sent from my iPhone
>> ============================================================
>> IRS Circular 230 disclosure: To ensure compliance with requirements
>> imposed by the IRS, we inform you that any tax advice contained in this
>> communication, unless expressly stated otherwise, was not intended or
>> written to be used, and cannot be used, for the purpose of (i) avoiding
>> tax-related penalties under the Internal Revenue Code or (ii) promoting,
>> marketing or recommending to another party any tax-related matter(s)
>> addressed herein.
>> ============================================================
>> NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY
>> THE INTENDED RECIPIENT OF THE TRANSMISSION, AND
>> MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU
>> RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE,
>> DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS
>> E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US
>> IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
>> PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
>> THANK YOU IN ADVANCE FOR YOUR COOPERATION.
>> For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
>> ============================================================

============================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
============================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
============================================================