1099 NEW YORK AVENUE NW   SUITE 900   WASHINGTON, DC   20001-4412                    JENNER&BLOCK LLP

# MEMO ENDORSED

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 13 2015

Scott B. Wilkens
Tel +1 202 639 6072
Fax +1 202 639 6066
swilkens@jenner.com

July 10, 2015

**BY ECF**

Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Google, Inc. v. Twenty-First Century Fox, Inc., NBCUniversal Media, Inc., and Viacom, Inc.*, Case No. 1:15-mc-00150-P1

Dear Judge Abrams:

I write jointly on behalf of the parties in the above referenced matter, in response to the Court's July 8 Order (ECF 33) directing the parties to meet and confer and advise the Court of their availability during the weeks of July 13 and July 20. Judge Ramos today denied Google's Motion to Transfer this matter to the Southern District of Mississippi. Accordingly, the parties are available on July 22 for a hearing before Your Honor, and we hope that Your Honor's calendar also has availability on that date. Unfortunately, we were not able to find other dates on which the parties were mutually available during the weeks of July 13 or July 20.

Sincerely,

/s/ Scott B. Wilkens

Scott B. Wilkens

The hearing is set for July 22, 2015 at 2:30 p.m.
SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
July 13, 2015