USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                 :
GOOGLE INC.,                  :
                 :
                Petitioner,      :     15 Misc. 150
                 :
                -against-            :     **ORDER**
                 :
TWENTY-FIRST CENTURY FOX, INC., et al.,   :
                 :
                Respondents.    :
                 :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, at a hearing on July 10, 2015, Judge Ramos -- acting as Part I Judge -- denied Petitioner's motion to transfer this matter pursuant to Rule 45(f) of the Federal Rules of Civil Procedure;

       WHEREAS, on July 16, 2015, Judge Abrams -- acting as Part I Judge -- issued an order scheduling a hearing for July 29, 2015, at 10:40 a.m. before this Court;

       WHEREAS "a district court [] possesses the inherent authority to sua sponte reconsider its own interlocutory orders before they become final," *Chartis Seguros Mexico, S.A. de C.V. v. HLI Rail Rigging, LLC*, No. 11 Civ. 3238, 2015 WL 545565, at *2 (S.D.N.Y. Feb. 9, 2015); *accord Aramony v. United Way of Am.*, 254 F.3d 403, 410 (2d Cir. 2001) ("Application of the law of the case doctrine is discretionary and does not limit a court's power to reconsider its own decisions prior to final judgment.");

       WHEREAS this Court has access to the transcript of the July 10, 2015, hearing before Judge Ramos.

It is hereby ORDERED that the parties shall present brief arguments concerning Petitioner's Rule 45(f) motion at the July 29, 2015, hearing.  The parties shall limit their presentations to any additional arguments, facts or considerations that they have not previously presented.

      SO ORDERED.

Dated: July 23, 2015
       New York, New York

                                      LORNA G. SCHOFIELD
                                      UNITED STATES DISTRICT JUDGE