# Exhibit 1

**MEREDITH ALDRIDGE**

| | |
|---|---|
| **From:** | MEREDITH ALDRIDGE |
| **Sent:** | Wednesday, March 27, 2013 12:06 PM |
| **To:** | Brian_Cohen@mpaa.org; BLAKE BEE |
| **Subject:** | RE: Checking In (CONFIDENTIAL) |
| **Attachments:** | ProposedPlan.BostonMeeting.docx |

Brian –

My apologies. As Murphy's law works, my son got sick my last week of work here, and I was out yesterday. Here is what we have so far. Please make sure you keep it confidential – we don't want the word getting out about the plans.

Meredith M. Aldridge
Executive Counsel
Special Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-4204
E-mail: maldr@ago.state.ms.us

This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to which it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return e-mail and delete this message from your computer. Thank you.

---

**From:** Brian_Cohen@mpaa.org [mailto:Brian_Cohen@mpaa.org]
**Sent:** Tuesday, March 26, 2013 8:45 AM
**To:** MEREDITH ALDRIDGE; BLAKE BEE
**Subject:** Checking In

Hey Meredith and Blake,

Hope you are both well. I just left a voicemail for Meredith. I still wasn't sure if you guys have passed the baton just yet, so I wanted to follow up with both. I was in Tennessee for the Southern AGs meeting last week, and General Hood mentioned you all had written down a rough outline of some thoughts on the next meeting, Boston, and other potential vehicles for the committee, that was partially based on the dinner conversation from February. He asked that I reach out to see if you might be able to pass this written outline along. I am meeting with David Green today, and we are going to bounce some ideas around and see if we can add some additional food for thought to your vision. If you wouldn't mind passing along whatever General Hood was referring to that would be much appreciated!

Also, he mentioned you guys were actively looking at the Google letter and expected it to go out soon. We, of course, support any and all mechanisms to ensure accountability and responsiveness to the important questions at hand, so we appreciate you guys doing that! When it goes out, we'd love to see the final.

Finally, check out this report from the FTC yesterday. It's a good example of how the voluntary ratings system for the motion picture industry works!

1

D000904

Thanks again!
Brian

http://www.ftc.gov/opa/2013/03/mysteryshop.shtm).



FOR IMMEDIATE RELEASE
March 25, 2013

# FEDERAL TRADE COMMISSION SURVEY ON FINDS COMPLIANCE WITH MOVIE RATING SYSTEM AT ALL-TIME HIGH

**Washington** – The Federal Trade Commission (FTC) today announced the results of an undercover shopper survey which found the enforcement of the film industry's voluntary rating system at an all-time high with 76% of underage shoppers being turned away from R-rated films. The survey also demonstrated steady improvement in rating enforcement among DVD retailers. Less than one-third of child shoppers were able to purchase DVDs of R-rated movies. The following is a comment from Senator Chris Dodd, Chairman and CEO of The Motion Picture Association of America (MPAA):

"Since the rating system was created 44 years ago, the MPAA and our member companies have been dedicated to giving parents the tools and information about the content of our films so that they can make the best decisions possible about what they allow their children to see."

"This report reinforces the importance and effectiveness of our industry's voluntary rating system. But that system is only as good as its enforcement. The National Association of Theater Owners (NATO) has been a tremendous partner since the creation of the voluntary rating system. We congratulate them not only for their dedication to enforcing the system, but their commitment to America's families as well."

The voluntary rating system was created in 1968 by then-MPAA Chairman Jack Valenti. This system equips parents with comprehensive and easy to digest resources. In addition to letter ratings, the Classification & Ratings Administration (CARA) provides brief descriptions of the specifics behind a movie's rating. These descriptors apply to every movie rated G, PG, PG-13, R and NC-17, identifying the content in the movie that raised it to that rating level. Moreover, modifiers and unique language applied to each descriptor are intended to give an even more complete picture about what parents can expect their children to see when they go to a particular movie.

A copy of the report is available here: http://www.ftc.gov/opa/2013/03/mysteryshop.shtm).

D000905

Brian Cohen
Director, External State Government Affairs
Motion Picture Association of America
1600 Eye Street, NW
Washington, DC 20006

Email:  brian_cohen@mpaa.org
Desk:   202-378-9170

**Boston Meeting – Proposed Plan**

- We are awaiting requested responses from November meeting participants. To date, only Mastercard and MPAA have responded. IP co-chairs will make follow up calls next week.

- Because search engines were the focus of the November meeting, we will narrow the topic for the Boston meeting to Google, the largest search engine.

- Assuming Google does not fully respond to the request for follow up info, we propose the following steps:
-
    - **Follow Up Call:** Set up a call with Google, which will include Martha Coakley, Ken Cuccinellui, David Louie, and Catherine Cortez Masto.

    - **NAAG Session:** Get on the agenda for the NAAG summer meeting for an hour session. The session needs to be closed for at least part of the time. During that session, we propose series of live and taped segments that show online purchases of counterfeit goods. Possibilities include: (i) prescription painkiller that advertises with Google; (ii) an illegal drug, such as heroin; (iii) download of a currently-running R rated movie by a minor (volunteer from NAAG); and (iv) assault weapon delivered to home, in violation of federal firearm laws (taped purchase via an investigator from our office). For the movie and firearm, we need to confirm that Google has knowledge of the current releases and federal firearm laws. Other backup options for buys are air bags and music. Following the live buys and video of recorded buys, we propose a panel discussion of possible next steps for AGs.

    - **Research:** Research possible causes of action against Google, and prepare memo for distribution to AGs. Our attorneys are researching and preparing this memo, which likely will focus on unfair trade practices. As part of this research, we need to determine how the autocomplete and search results are formulated, i.e. based on user inquiries or advertising dollars. The memo will include a list of possible courses for the AGs.

    - **Media:** We want to make sure that the media is at the NAAG meeting. We propose working with MPAA (Vans), Comcast, and NewsCorp (Bill Guidera) to see about working with a PR firm to create an attack on Google (and others who are resisting AG efforts to address online piracy). This PR firm can be funded through a nonprofit dedicated to IP issues. The "live buys" should be available for the media to see, followed by a segment the next day on the Today Show (David green can help with this). After the Today Show segment, you want to have a large investor of Google (George can help us determine that) come forward and say that Google needs to change its behavior/demand reform. Next, you want NewsCorp to develop and place an editorial in the WSJ emphasizing that

Google's stock will lose value in the face of a sustained attack by AGs and noting some of the possible causes of action we have developed.

- **Regulatory Action:** Following the media blitz, you want Bill Guidera and Rick Smotkin to work with the PR firm to identify a lawyer specializing in SEC matters to work with a stockholder. This lawyer should be able to the identify the appropriate regulatory filing to be made against Google.

- **AG action:** As a final step, if necessary, we propose that AGs will issue CIDs to Google. We have researched these issues in the past and can draw from that experience.